```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                           COUNSEL/PARTIES OF RECORD

                         SEP 1 3 2018

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
                    BY:                    DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:18-cf-00096-JAD-GWF |
| Plaintiff, | |
| v. | |
| CESAR JESUS HERNANDEZ | |
| Defendant. | **ORDER** |

Before this court for review is Defendant's *pro se* Motion to Dismiss Counsel and Appoint New Counsel (doc. 19). A motion hearing was held on September 11, 2018 at which time this Court granted the motion (doc.22). The court having heard the motion and good cause appearing, the motion is hereby GRANTED.

IT IS ORDERED that the Office of the Federal Public Defender for the District of Nevada is appointed as counsel in place of retained counsel Erick Ferran.

Mr. Ferran shall forward the file to the Federal Public Defender forthwith.

DATED this 13th day of September, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE