**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CESAR JESUS HERNANDEZ,<br><br>　　　　Defendant. | Case No. 2:18-cr-096-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 59 |

　　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for March 9, 2020 at 9:30 a.m., be vacated and continued to March 31, 2020, at the hour of 10:00 a.m.

　　　DATED this 2nd day of March, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE